PROB 35 (Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Eastern District of Wisconsin

10 FEB -2 P3 52

SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Michael A. Gral | Crim. No. 05-00013-004 |

On ____6/11/08____ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __1st__ day of __February__, 20 __10__.

_____
Chief United States District Judge